JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR COTTO, | Case No. CV 20-5095 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BUDS & ROSES COLLECTIVE, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 10th day of March, 2022.

/s/
Fernando M. Olguin
United States District Judge